AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| **Bing Sokolsky,**<br>*Plaintiff(s)*<br><br>v.<br><br>**Islander Media Group, Inc.,**<br>*Defendant(s)* | Civil Action No. ******** 26-cv-26174-Gayles |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*

Islander Media Group, Inc.
Serve: Registered Agent
REY, JUSTO
104 Crandon Blvd., Suite 301
Key Biscayne, FL 33149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GEORGE N. COLVILLE
**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 9, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts